UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JERRELL INMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRY K. COLE, et al.,<br><br>    Defendants. | No. 1:20-cv-00774-NONE-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*, AND REQUIRING PLAINTIFF TO PAY THE FILING FEE TO PROCEED WITH THIS ACTION<br><br>(Doc. Nos. 3, 4, 5)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Ronald Jerrell Inman, a state prisoner, is appearing *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On June 8, 2020, plaintiff filed an application to proceed *in forma pauperis*. (Doc. No. 3.) On June 11, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* be denied on the ground that plaintiff has on three or more prior occasions, while incarcerated, brought an action that was dismissed for failure to state a claim upon which relief could be granted. (Doc. No. 4.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) Plaintiff timely filed objections on June 29, 2020. (Doc. No. 5.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's

objections, the court finds that the findings and recommendations are supported by the record and by proper analysis.  In his objections, plaintiff directly addresses two of the prior cases the magistrate judge counted as "strikes" against him: *Inman v. Superior Court of California*, No. 1:12-cv-01049-AWI-BAM (E.D. Cal.), and *Inman v. Wardon S. Hatton*, No. 3:17-cv-06612-SI (N.D. Cal.).  Plaintiff expresses his opinion that the claims raised in both of those cases were actually meritorious but fails to explain why the cases—which indisputably ended in their dismissal by the court—should not count as strikes.  Notably, plaintiff did not appeal from either dismissal.  The objections do not call into question the reasoning set forth in the findings and recommendations.

        Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on June 11, 2020, (Doc. No. 4), are adopted in full;
2. Plaintiff's application to proceed *in forma pauperis*, (Doc. No. 3), is DENIED;
3. Within **twenty-one (21) days** following the date of service of this order, Plaintiff shall pay the $400.00 filing fee in full in order to proceed with this action;
4. <u>Plaintiff is warned that if he fails to pay the filing fee within the specified time, this action will be dismissed</u>; and
5. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 6, 2020**

UNITED STATES DISTRICT JUDGE