# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JERRELL INMAN,<br><br>Plaintiff,<br><br>v.<br><br>TERRY K. COLE, et al.,<br><br>Defendants. | Case No. 1:20-cv-00774-NONE-SAB<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSING ACTION FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY A COURT ORDER<br><br>(ECF Nos. 4, 6)<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

Ronald Jerrell Inman ("Plaintiff"), a state prisoner, is appearing *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed a complaint in this action on June 3, 2020.  (ECF No. 1.)  As Plaintiff did not pay the filing fee or submit an application to proceed in this action *in forma pauperis*, on June 5, 2020, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to pay the filing fee, or to pay the filing fee in full within fourteen days.  (ECF No. 2.)  The order to show cause found that Plaintiff was not entitled to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915(g).  On June 8, 2020, Plaintiff filed an application to proceed *in forma pauperis* in this action.  (ECF No. 3.)  On June 11, 2020, the undersigned issued a findings and recommendations recommending Plaintiff's application to proceed *in forma pauperis* be denied and Plaintiff ordered to pay the filing fee in full.  (ECF No. 4.)  Following the filing of objections, on August 7, 2020, the District Judge adopted the findings and recommendations and denied Plaintiff's application to proceed *in forma*

1

*pauperis* and ordered Plaintiff to pay the filing fee in this action within twenty-one (21) days. (ECF No. 6.)  The order specified that: "Plaintiff is warned that if he fails to pay the filing fee within the specified time, this action will be dismissed."  (ECF No. 6 at 2 (emphasis in original).)  The order also referred the matter back to the undersigned for further proceedings.  More than twenty-one (21) days have passed since the order was issued and Plaintiff has failed to pay the filing fee or otherwise respond to the Court's August 7, 2020 order.

Here, Plaintiff was ordered to pay the filing fee within twenty-one (21) days of August 7, 2020, and Plaintiff has not done so.  Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Accordingly, IT IS HEREBY RECOMMENDED that:

1.      This action be dismissed without prejudice for Plaintiff's failure to pay the filing fee; and

2.      Should Plaintiff refile this action he should be required to prepay the full filing fee.

This findings and recommendations is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304.  Within fourteen (14) days of service of this recommendation, Plaintiff may file written objections to this findings and recommendations with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **September 4, 2020**

UNITED STATES MAGISTRATE JUDGE