UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JERRELL INMAN, | No. 1:20-cv-00774-NONE-SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER |
| v. | |
| TERRY K. COLE, et al., | |
| Defendants. | (Doc. No. 7) |

Plaintiff Ronald Jerrell Inman, a state prisoner, is appearing *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed the complaint in this action on June 3, 2020. (Doc. No. 1.) As plaintiff did not pay the filing fee or submit an application to proceed in this action *in forma pauperis*, on June 5, 2020, an order issued requiring plaintiff to show cause why this action should not be dismissed for failure to pay the filing fee, or to pay the filing fee in full within fourteen days. (Doc. No. 2.) The order to show cause found that plaintiff was not entitled to procced without prepayment of fees pursuant to 28 U.S.C. § 1915(g). (*Id.*) On June 8, 2020, plaintiff filed an application to proceed *in forma pauperis* in this action. (Doc. No. 3.) On June 11, 2020, the magistrate judge issued findings and recommendations recommending plaintiff's application to proceed *in forma pauperis* be denied and plaintiff be ordered to pay the filing fee in full. (Doc. No. 4.) Following

1

the filing of objections, on August 6, 2020, the undersigned adopted the findings and recommendations and denied plaintiff's application to proceed *in forma pauperis*, ordering plaintiff to pay the filing fee in this action within twenty-one (21) days.  (Doc. No. 6.)  The order specified that: "<u>Plaintiff is warned that if he fails to pay the filing fee within the specified time, this action will be dismissed</u>."  (Doc No. 6 at 2 (emphasis in original).)  The order also referred the matter back to the magistrate judge for further proceedings.  More than twenty-one (21) days passed since the order was issued and plaintiff failed to pay the filing fee or otherwise respond to the court's August 6, 2020 order.

Accordingly, on September 4, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed without prejudice due to plaintiff's failure to pay the required filing fee.  (Doc. No. 7.)  The findings and recommendations were served upon plaintiff and provided him fourteen (14) days to file objections thereto.  (*Id.* at 3.)  Plaintiff has not filed any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the pending findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 4, 2020 (Doc. No. 7) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice due to plaintiff's failure to pay the filing fee and failure to obey an order of the court; and
3. The Clerk of the Court is directed to assign a district judge to this action for purposes of closure and to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **November 9, 2020**             *Dale A. Drozd*
                                          UNITED STATES DISTRICT JUDGE

2